**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Timothy M. Scales,

    Plaintiff,

        v.                               Case No.   1:19cv003

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 20, 2020 (Doc. 12).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 12) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 12) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED.**

                                        *s/Michael R. Barrett*
                                        Michael R. Barrett, Judge
                                        United States District Court